# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| UNGARO, URSULA | UNITED STATES DISTRICT COURT | 6/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

400 N. MIAMI AVENUE
ROOM 12-4
MIAMI, FLORIDA 33318

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 6/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **UNGARO, URSULA** | 6/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Foster Construction | Renovations | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Miami Federal Credit Union Cash Account | C | Interest | J | T | | | | | |
| 2. Formerly:MetLife Advantage 3 Annuity Now: Brighthouse Vintage 3 (H) | | | | | | | | | |
| 3. -American Funds Growth Fund | | None | | | Sold | 06/14/18 | K | | |
| 4. -ClearBridge Variable Aggressive Growth Portfolio | | None | | | Sold | 06/14/18 | K | | |
| 5. -ClearBridge Variable Dividend Strategy Portfolio | | None | | | Sold | 06/14/18 | K | | |
| 6. -Harris Oakmark International Portfolio | | None | | | Sold | 06/14/18 | K | | |
| 7. -JPMorgan Small Cap Value Portfolio | | None | | | Sold | 06/14/18 | J | | |
| 8. - Brighthouse/Aberdeen Emerging Markets Equity Portfolio | | None | | | Sold | 06/14/18 | J | | |
| 9. -MFS Value Portfolio (Class A) | | None | | | Sold | 06/14/18 | J | | |
| 10. -Neuberger Berman Genesis Portfolio | | None | | | Sold | 06/14/18 | J | | |
| 11. -Templeton Foreign VIP Fund | | None | | | Sold | 06/14/18 | J | | |
| 12. Western Asset Management -Strategic Bond Opportunities | | None | | | Sold | 06/14/18 | K | | |
| 13. 1035 Exchanged From Met to Lincoln Annuity (H) | | | | | | | | | |
| 14. -AMERICAN FUNDS GROWTH FUND - CLASS 4 | | None | J | T | Buy | 06/14/18 | J | | |
| 15. -AMERICAN FUNDS GROWTH- INCOME FUND - CL | | None | K | T | Buy | 06/14/18 | K | | |
| 16. -AMERICAN FUNDS INTERNATIONAL FUND - CL | | None | K | T | Buy | 06/14/18 | K | | |
| 17. -AMERICAN FUNDS NEW WORLD FUND - CLASS | | None | K | T | Buy | 06/14/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -DELAWARE VIP SMALL CAP VALUE - SVC CLA | | None | J | T | Buy | 06/14/18 | J | | |
| 19. -DELAWARE VIP VALUE SERIES - SVC CLASS | | None | J | T | Buy | 06/14/18 | J | | |
| 20. -FIDELITY VIP II CONTRAFUND - SERVICE C | | None | J | T | Buy | 06/14/18 | J | | |
| 21. -FIDELITY VIP STRATEGIC INCOME PORTFOLI | | None | J | T | Buy | 06/14/18 | J | | |
| 22. -FRANKLIN MUTUAL SHARES VIP FUND - CLAS | | None | J | T | Buy | 06/14/18 | J | | |
| 23. -LVIP DIMENSIONAL INTL CORE EQUITY SV | | None | K | T | Buy | 06/14/18 | K | | |
| 24. -LVIP DIMENSIONAL/VANGUARD TOTAL BOND S | | None | J | T | Buy | 06/14/18 | J | | |
| 25. -LVIP SSGA SMALL/MID CAP 200 - SV CL | | None | J | T | Buy | 06/14/18 | J | | |
| 26. -LVIP T R PRICE GROWTH STOCK - SV CL | | None | J | T | Buy | 06/14/18 | J | | |
| 27. -Lvip Western Asset Core Bond Fund Serv | | None | J | T | Buy | 06/14/18 | J | | |
| 28. -TEMPLETON GLOBAL BOND VIP FUND - CLASS | | None | J | T | Buy | 06/14/18 | J | | |
| 29. Meg Green Account - was SA Stone now Fidelity (H) | | | | | | | | | |
| 30. Fidelity Master Account | A | Int./Div. | K | T | | | | | |
| 31. Regional Transn Dist Colo Sale | A | Interest | J | T | | | | | |
| 32. Texas St Bond | A | Interest | | | Sold | 04/02/18 | J | A | |
| 33. PA St Higher Edl | A | Interest | K | T | | | | | |
| 34. Ivy Tech Cmnty College | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. King Cnty Wash Swr Rev For | A | Interest | K | T | | | | | |
| 36. Mesa County Valley School District No 51 Grand Junction/ | A | Interest | K | T | | | | | |
| 37. New York St Dorm Auth S | A | Interest | J | T | | | | | |
| 38. Oregon St For Issues Dtd | A | Interest | K | T | | | | | |
| 39. Snohomish Cnty Wash Pub Util | A | Interest | K | T | | | | | |
| 40. West Virginia St Wtr Dev | A | Interest | K | T | | | | | |
| 41. New York State Dormitory Authorit | A | Interest | | | Sold | 03/13/18 | K | A | |
| 42. Phoenix Ariz Civic Impt Cor | A | Interest | K | T | | | | | |
| 43. DFA US Core Equity 1 | B | Int./Div. | L | T | Sold (part) | 07/13/18 | J | A | |
| 44. DFA US Large Company | B | Int./Div. | L | T | Sold (part) | 01/19/18 | K | D | |
| 45. DFA US Small Cap | C | Int./Div. | J | T | Sold (part) | 12/31/18 | K | | |
| 46. DFA International Small Company | D | Int./Div. | J | T | Sold (part) | 01/10/18 | J | A | |
| 47. | | | | | Sold (part) | 04/11/18 | J | A | |
| 48. | | | | | Sold (part) | 12/31/18 | L | | |
| 49. DFA Emerging Markets Small Cap | B | Int./Div. | K | T | Sold (part) | 12/31/18 | J | A | |
| 50. DFA 5-Year Global Fixed-Income | D | Int./Div. | J | T | Buy (add'l) | 01/19/18 | M | | |
| 51. | | | | | Sold (part) | 12/31/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hurst Euless Bedford Tex | A | Interest | K | T | | | | | |
| 53. Maricopa Cnty Ariz Sch Dist | A | Interest | K | T | | | | | |
| 54. Reedy Creek Impt Dist | A | Interest | K | T | | | | | |
| 55. Vanguard Total International Bond | | None | M | T | Sold (part) | 01/19/18 | M | | |
| 56. | | | | | Buy (add'l) | 12/31/18 | M | | |
| 57. West Lafayette Ind Sch Bldg | A | Interest | J | T | | | | | |
| 58. DFA Cash position (X) | A | Int./Div. | K | T | | | | | |
| 59. Connecticut St Revolving Fd Ge20775YDN3 | A | Interest | J | T | Buy | 04/10/18 | J | | |
| 60. Franklin Cnty Wash Sch Dist No353442C20 | A | Interest | K | T | Buy | 03/15/18 | K | | |
| 61. iShares MSCI EAFE Small-CapSCZ | | None | L | T | Buy | 12/31/18 | L | | |
| 62. iShares Russell 2000IWM | | None | K | T | Buy | 12/31/18 | K | | |
| 63. HSBC Premier Savings Account | A | Interest | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 6/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI. The liability reported is a seperate loan utilized for home renovations to my personal residence. It is not part of my mortgage nor a home equity line of credit.

Part VII Line 2 & 3 (H): The annuity held with MetLife Advantage 3 which became Brighthouse financial on March 6,2017 due to a spinoff, was exchanged on June 14th,2018 to a new company known as Lincoln Financial via a 1035 exchange.

Part VII Lines 3-12: Unable to provide the breakdown of income per fund and gain/loss in the annuity since the statements do not provide this information.

Part VII Lines 14-28: Unable to provide the breakdown of income per fund in the annuity since the statements do not provide this information.

Part VII Line 19 (H): On October 12th, 2018 Meg Green and Associates changed their custodians from SA Stone Wealth Management to Fidelity.

Part VII: Line 54-55: In the Annual Report filed on April 17, 2019, I listed a Suntrust checking account at line 54 of Part VII and a Northern Trust checking account at line 55 of Part VII. Neither account had a balance of $5000 or more at the end of the reporting period. Therefore, they were excepted from the reporting requirements pursuant to Section 315 .20( a) of the Guidance. As a consequence, I have deleted these accounts from Part VII in the Amended Report.

Additional Explanations: Although not required, I am reporting the following: I own a 1. 1 % limited partnership interest in Mt. Blue Ltd. Parmers which owns a 2.73% interest in another entity, the Shopping Center Partnership. I did not report this interest until 2010 because, during my entire tenure, it has never had a value of $1,000 or more. In other words, there has not been a secondary market for my interest at any time during my service as a Disict Judge. However, it carries the potential for a tax liability (the amount of which and timing I cannot predict). Although I am not obligated to report this interest as an asset I am continuing to report it in an abudance of caution because I am concerned that some tax liability could arise in connection with this interest. It should be noted, however that I have no information from the general partner and no information regarding the partnership from any other source. that suggests any current tax liability exposure. I am relying simply on my knowledge of current economic conditions, my undestanding of the tax liabilities that can be associated with limited partnership interests gernerally and my knowledge of the history of these entities.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ URSULA UNGARO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544